FILED

October 21, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003018566

1  STEVEN W. PITE (CA SBN 157537)
   DAVID E. MCALLISTER (CA SBN 185831)
2  EDDIE R. JIMENEZ (CA SBN 231239)
   PITE DUNCAN, LLP
3  4375 Jutland Drive, Suite 200
   P.O. Box 17933
4  San Diego, CA 92117-0933
   Telephone: (858) 750-7600
5  Facsimile: (619) 590-1385

6  Attorneys for  CITIBANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF
                  STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR
7                 STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES
                  SERIES 2007-3
8

9
                    **UNITED STATES BANKRUPTCY COURT**
10
            **EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION**
11

12  In re                                    Case No.  10-21656

13   RICKIE WALKER,                           Adv. Proc. No. 10-02581

14           Debtor.                          DC No. PD-1

15  ─────────────────────────────

16  RICKIE WALKER                            **DEFENDANT CITIBANK, N.A. AS**
                                             **TRUSTEE FOR THE**
17          Plaintiff                        **CERTIFICATEHOLDERS OF**
                                             **STRUCTURED ASSET MORTGAGE**
18       vs.                                 **INVESTMENTS II INC., BEAR**
                                             **STEARNS ALT-A TRUST, MORTGAGE**
19  CITIBANK, N.A. AS TRUSTEE FOR THE        **PASS-THROUGH CERTIFICATES**
    CERTIFICATEHOLDERS OF                    **SERIES 2007-3's CORPORATE**
20  STRUCTURED ASSET MORTGAGE                **DISCLOSURE STATEMENT**
    INVESTMENTS II INC., BEAR STEARNS
21  ALT-A TRUST, MORTGAGE PASS-
    THROUGH CERTIFICATES SERIES 2007-
22  3,                                       **Hearing:**
                                             Date:  November 18, 2010
23                                           Time:  10:30 a.m.
            Defendant.                       Crtm:  33
24                                           Judge: Hon. Ronald H. Sargis
25  ─────────────────────────────

26          Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, Citibank, N.A. as Trustee for the

27  Certificateholders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust,

28  Mortgage Pass-Through Certificates Series 2007-3 ("Citibank") hereby submits the following

Corporate Disclosure Statement for the above-captioned matter.

Citibank, N.A. is chartered under the National Bank Act and is wholly owned by Citicorp Holdings Inc. Citicorp Holdings Inc. is a Delaware corporation and is wholly owned by Citigroup Inc. Citigroup Inc. is a Delaware corporation and its shares are publicly traded.


PITE DUNCAN, LLP


Dated: October 21, 2010          By: /s/ Eddie R. Jimenez
                                         EDDIE R. JIMENEZ
                                         Attorneys for Defendant, CITIBANK, N.A. AS
                                         TRUSTEE FOR THE CERTIFICATEHOLDERS OF
                                         STRUCTURED ASSET MORTGAGE
                                         INVESTMENTS II INC., BEAR STEARNS ALT-A
                                         TRUST, MORTGAGE PASS-THROUGH
                                         CERTIFICATES SERIES 2007-3