FILED
November 17, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003081709

ABDALLAH LAW GROUP
Mitchell L. Abdallah, SBN 231804
1006 4th Street, 4th Floor
Sacramento, California 95814
Telephone: (916) 446-1974
Facsimile: (916) 446-3371

Attorneys for Plaintiff
RICKIE WALKER

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:

RICKIE WALKER,

    Plaintiff.

---

RICKIE WALKER,

    Plaintiff,

v.

CITIBANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-3,

    Defendants.

Case No. 2010-21656-E-11

Adversary No. 10-02581

**STIPULATION OF DISMISSAL OF ADVERSARY COMPLAINT TO DETERMINE THE VALIDITY OF A LIEN**
Fed. R. Bankr. P. 7041

    COMES NOW Plaintiff RICKIE L. WALKER, ("Plaintiff") and Defendants CITIBANK, N.A. ("Defendant") as trustee for the Certificate holder of Structured Asset Mortgage Investments II Inc., Bear Sterns ALT-A Trust, Mortgage Pass-Through Certificates Series 2007-3, its assignees and/or successors; through their undersigned attorneys, as follows:

The parties stipulate to the dismissal of the above referenced adversary proceeding originally filed by Plaintiff on September 20, 2010. The parties agree that the Stipulation of Dismissal is entered into without prejudice.

WHEREFORE, adversary case number 10-02581 is hereby dismissed without prejudice.

DATED: 11/17/10          ABDALLAH LAW GROUP

_____
MITCHELL L. ABDALLAH
ATTORNEY FOR PLAINTIFF


DATED: 11/17/10          PITE DUNCAN LLP

_____
EDDIE R. JIMENEZ
ATTORNEY FOR DEFENDANT