FILED
November 19, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D28

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | |
|---|---|
| **Adversary Title :** Walker v. Citibank, N.A. | **Case No :** 10-21656 - E - 11
**Adv No :** 10-02581 - E
**Date :** 11/18/10
**Time :** 10:30 |

**Matter :** [8] - Motion/Application to Dismiss Case/Proceeding [PD-1] Filed by Defendant Citibank, N.A. (dhes)

**Judge :** Ronald H. Sargis
**Courtroom Deputy :** Janet Larson
**Reporter :** Diamond Reporters
**Department :** E

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

### CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Stipulation to Motion Dismiss filed by the Defendants having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that Motion to Dismiss is granted, and the adversary proceeding is dismissed without prejudice, with each party to bear their respective fees, costs, and expenses.

Dated: November 19, 2010

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court